## Louisville & Nashville R. R. Co. v. White

(Decided February 25, 1913.)

### Appeal from Knox Circuit Court.

Carrier and Passenger—Unlawful Arrest. (For Syllabus see L. & N. R. R. Co. v. Byrley, 152 Ky., 35.)

B. D. WARFIELD and BLACK, GOLDEN & OWENS, for appellant.

DISHMAN, TINSLEY & DISHMAN, W. R. LAY, J. M. ROBSION and J. D. MAIN, for appellee.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Reversing.

This is an action by plaintiff, John C. White, against defendant, Louisville & Nashville Railroad Company, to recover damages for an alleged unlawful arrest. It grows out of the same facts, and is a companion case to that of Louisville & Nashville R. R. Co. v. John Byrley, 152 Ky., 35. The record discloses the same errors in the admission of testimony and in the instructions to the jury as were complained of in that case. For these reasons it follows that defendant in this case is entitled to a new trial in accordance with the directions contained in that opinion.

Judgment reversed and cause remanded for new trial consistent herewith.